**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Leroy Wiirre,

      Plaintiff,                         Civil No.07-4507 (RHK/RLE)

vs.                                 **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Garlock Sealing Technologies, L.L.C.,
f/k/a Garlock Inc.,Owens-Illinois, Inc.,
General Electric Company, Rapid American
Corporation, Metropolitan Life Insurance
Company,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 6, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge